# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2006

131694

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HARVEY RENDER,
            Plaintiff,

and

MARY RENDER,
            Plaintiff-Appellant,

v                                                                SC: 131694
                                                                 COA: 258136
                                                                 Oakland CC: 2003-048580-CZ

CITY OF PONTIAC,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2006                    _____
s1129                                              Clerk